UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MIROMAR OUTLET EAST, LLC, a Florida limited liability company,

    Plaintiff,

v.  Case No: 2:19-cv-261-FtM-29MRM

PACIFIC SUNWEAR STORES, LLC, a California limited liability company,

    Defendant.

### ORDER

On December 5, 2019, the Court entered an Order (Doc. #37) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of January, 2020.

                                                     JOHN E. STEELE
                                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record